Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00187-CV

In the Interest of **D.D.**, et al., Children,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-01580
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:   May 20, 2009

APPEAL DISMISSED

Appellant Saretha Davis has filed a docketing statement in which she moves for dismissal of this appeal. No opposition to the motion has been filed. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM